**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00827-AP

LORI ROBERTS,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.  APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | KEVIN TRASKOS |
|---|---|
| | Chief, Civil Division |
| Ann J. Atkinson | United States Attorney's Office |
| Attorney at Law | District of Colorado |
| 7960 South Ireland Way | Kevin.Traskos@usdoj.gov |
| Aurora, CO 80016 | |
| (303) 680-1881 | William G. Pharo |
| AtkinsonAJ@aol.com | Assistant United States Attorney |
| | District of Colorado |
| | william.pharo@usdoj.gov |
| | |
| | Robert L. Van Saghi |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | (303) 844-1948 |
| | (303) 844-0770 (facsimile) |
| For Defendant: | robert.vansaghi@ssa.gov |

JOHN F. WALSH
United States Attorney

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:** 4/2/12
    **B.  Date Complaint Was Served on U.S. Attorney's Office:** 4/9/12
    **C.  Date Answer and Administrative Record Were Filed:** 6/11/12

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate. To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.  Plaintiffs Opening Brief Due:**         7/30/12
    **B.  Defendant's Response Brief Due:**       8/30/12
    **C.  Plaintiffs Reply Brief (If Any) Due:**  9/14/12

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiffs Statement:** Plaintiff does not request oral argument.
    **B.  Defendant's Statement:** Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 28th day of June 2012.

                                        BY THE COURT:


                                        *s/John L. Kane*              
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Ann J. Atkinson
Ann J. Atkinson
Attorney at Law
7960 South Ireland Way
Aurora, CO 80016
(303) 680-1881
AtkinsonAJ@aol.com

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

William G. Pharo
Assistant U.S. Attorney
District of Colorado
william.pharo@usdoj.gov

s/ Robert L. Van Saghi
Robert L. Van Saghi
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
robert.vansaghi@ssa.gov