**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-00827-WJM

LORI ROBERTS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.[1]

---

## FINAL JUDGMENT

---

Pursuant to the Order Affirming Administrative Law Judge's Denial of Benefits, entered by the Honorable William J. Martínez, United States District Judge on April 19, 2013,

IT IS ORDERED that the Commissioner's denial of benefits is affirmed.

IT IS FURTHER ORDERED that the case is closed. Judgment is entered in favor of Defendant.

DATED at Denver, Colorado, this 24th day of April, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                      Edward P. Butler
                      Deputy Clerk

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.